

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:24-cr- |
| v. | 2024 OCT -9 P 4:15 |
| ERIC ERICSON | |

### INDICTMENT

1:24-cr-00117-SDN

The Grand Jury charges:

### COUNT ONE
### (False statement in application and use of passport)

On about March 24, 2023, in the District of Maine, the defendant,

**ERIC ERICSON**

willfully and knowingly made a false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States, for his own use or the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws. Specifically, the defendant falsely stated that he had never used another name when, in fact, he had, and he falsely stated that he had never applied for or been issued a U.S. passport before, when he had previously applied for and obtained a U.S. passport in 1990.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Dated: 10/9/24