

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2024 OCT -9 P 4: 15

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC ERICSON | No. 1: 24-cr- |

### PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: October 9, 2024

/s/ Alisa Ross
Assistant U.S. Attorney